**IT IS SO ORDERED.**

*David A. Ruiz*
David A. Ruiz
U.S. District Judge
Jul 25, 2022

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JOSHUA KALLAI AND JENA KALLAI, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) Judge David A. Ruiz |
| Plaintiffs, | ) ) ) Case. No. 5:21-CV-00056-DAR |
| v. | ) ) |
| JATOLA HOMES LLC, D/B/A THE AMY WENGERD GROUP, ET AL. | ) **STIPULATION OF DISMISSAL** ) ) |
| Defendants. | ) |

Now come Plaintiffs and Defendants, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of this action <u>with prejudice</u> as to the claims of Plaintiffs Joshua Kallai and Jena Kallai, and <u>without</u> prejudice as to the claims of the putative class, with the parties to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ James J. Collum* | */s/ Patrick T. Lewis* |
| James J. Collum (#0070985) | Patrick T. Lewis (0078314) |
| Collum Law Office | BAKER & HOSTETLER LLP |
| 4618 Dressler Road NW | 127 Public Square, Suite 2000 |
| Canton, Ohio 44718-2500 | Cleveland, Ohio 44114-3485 |
| Telephone: (330) 494-4877 | Telephone: (216) 621-0200 |
| Fax: (330) 546-0667 | Fax: (216) 696-0740 |
| Email: jcollum@collumlawoffice.com | Email: plewis@bakerlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Jatola Homes LLC d/b/a The Amy Wengerd Group* |

*/s/ V. Brandon McGrath*
V. Brandon McGrath (0072057)
Lincoln J. Carr (*pro hac vice*)
DENTONS Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202-4028
Telephone: (513) 455-7641
Fax: (513) 762-7941
Email: brandon.mcgrath@dentons.com
Email: lincoln.carr@dentons.com

*Counsel for Defendants Aman Title, LLC*